# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EDELLA JOHNSON (A/K/A EDELLA ROBINSON A/K/A EDELLA ROBINSON JOHNSON) , ERIC JOHNSON, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED FORMER AND CURRENT HOMEOWNERS IN PENNSYLVANIA,

        Petitioners

        v.

PHELAN HALLINAN & SCHMIEG, LLP,

        Respondents

:  No. 11 WAL 2019
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 30th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED** to the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, rephrased for clarity is:

> Did the Superior Court err in determining the mortgage at issue was not a "residential mortgage" and that petitioners are therefore not entitled to seek damages pursuant to 41 P.S. §§406 and 502?